UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 NOV 15 PM 3: 39
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CASE NO. 09-55542
)
MANACAPELLI, DAVID & SHANNON ) CHAPTER 7
)
    Debtor (s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #3 | American Infosource, LP<br>As Agent for World Financial<br>Network National Bank as<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | $396.79 | $0.52 |

2. My Trustee's check for $0.52 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: November 11, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck # 125
receipt # 81923